No. D–2402.  IN RE DISBARMENT OF SCHEURICH.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1140.]

No. D–2403.  IN RE DISBARMENT OF NORTON.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1140.]

No. D–2404.  IN RE DISBARMENT OF ETHEREDGE.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1140.]

No. D–2405.  IN RE DISBARMENT OF SENTON.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1140.]

No. 04–1315.  LONG ISLAND CARE AT HOME, LTD., ET AL. *v.* COKE.  C. A. 2d Cir.  The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–9544.  IN RE SIBLEY; and
No. 04–10089.  IN RE PRICE.  Petitions for writs of habeas corpus denied.

No. 04–10104.  IN RE JACKSON.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 04–9545.  IN RE ADAMS; and
No. 04–9977.  IN RE ARMSTRONG ET AL.  Petitions for writs of mandamus denied.

No. 04–1332.  WILL ET AL. *v.* HALLOCK ET AL.  C. A. 2d Cir.  Certiorari granted.  In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Did the Court of Appeals have jurisdiction over the interlocutory appeal of the District Court's order denying a motion to dismiss under the Federal Tort Claims Act's judgment bar, 28 U. S. C. § 2676?"

No. 03–1404.  BASS, CHIEF OF OPERATIONS OF OFFENDER MANAGEMENT SERVICES, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* MADISON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–682.  PATEL *v.* GONZALES, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.